UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JIN HUA ZHANG, ET AL. | Case No. 22-CR-10279-AK |

## GOVERNMENT'S NOTICE REGARDING NEED FOR INTERPRETER AT TRIAL

Pursuant to the Court's order at the status conference on September 11, 2024, the United States of America, by and through the undersigned Assistant United States Attorneys, respectfully gives notice that at any trial in this matter, the government anticipates calling during its case in chief certain witnesses who will require the assistance of a Mandarin interpreter.

                                                JOSHUA S. LEVY
                                                Acting United States Attorney

                                                By:

                                                /s/ Meghan C. Cleary_____
                                                Christopher J. Pohl
                                                Brian A. Fogerty
                                                Meghan C. Cleary
                                                Assistant U.S. Attorneys

Dated: September 13, 2024

## CERTIFICATE OF SERVICE

  I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to anyone indicated as non-registered participants by First Class Mail.

            */s/ Meghan C. Cleary*
            Christopher J. Pohl
            Brian A. Fogerty
            Meghan C. Cleary
            Assistant U.S. Attorneys

Dated: September 13, 2024