1                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MASSACHUSETTS
2

3                                        )
4    UNITED STATES OF AMERICA,           )
                                         )
5            Plaintiff,                  )
                                         )    Criminal Action
6    v.                                  )    No. 1:22-cr-10279-AK-3
                                         )    Pages 1 to 23
7    FENG CHEN,                          )
                                         )
8            Defendant.                  )
                                         )
9

10

11              BEFORE THE HONORABLE ANGEL KELLEY
                    UNITED STATES DISTRICT JUDGE
12

13              EXCERPT TO JURY TRIAL - Day 2
                     OPENING STATEMENTS
14

15                       August 5, 2025

16

17          John J. Moakley United States Courthouse
                      Courtroom No. 8
18                    One Courthouse Way
                  Boston, Massachusetts 02210
19

20

21

22              Linda Walsh, RPR, CRR
                   Official Court Reporter
23          John J. Moakley United States Courthouse
                      One Courthouse Way
24              Boston, Massachusetts 02210
                   lwalshsteno@gmail.com
25

1    APPEARANCES:

2    On Behalf of the Government:

3         UNITED STATES ATTORNEY'S OFFICE
          By: AUSA Christopher J. Pohl
4             AUSA Meghan Chambers Cleary
          1 Courthouse Way, Suite 9200
5         Boston, Massachusetts 02210
          617-748-3196
6         christopher.pohl@usdoj.gov

7    On Behalf of the Defendant:

8         SHEEHAN PHINNEY BASS & GREEN, PA
          By: Patrick J. Queenan, Esq.
9             Jennifer Tamkin, Esq.
          1000 Elm Street, 17th Floor
10        Manchester, New Hampshire 03101
          603-627-8335
11        pqueenan@sheehan.com
          jtamkin@sheehan.com
12
          SHEEHAN PHINNEY BASS & GREEN, PA
13        By: David M. Losier, Esq.
          28 State Street, 22nd Floor
14        Boston, Massachusetts 02109
          617-897-5604
15        dlosier@sheehan.com

16

17   ALSO PRESENT: Simon Chan, Interpreter
                   Stephanie Liu, Interpreter
18

19

20

21

22              Proceedings reported and produced
                 by computer-aided stenography.
23

24

25

PROCEEDINGS

* * * * *

(EXCERPT BEGINS.)

GOVERNMENT OPENING STATEMENT

BY MS. CLEARY:

On a dreary Valentine's day in 2022, the defendant, Feng Chen, pulled into the parking lot of a Best Western Motel in Quincy. He was there to make an important delivery, not flowers or chocolate, but $250,000, a quarter of a million dollars in cash. He had it in the back seat of his black pickup truck, loose stacks of cash in a Walmart box.

You'll get to see exactly what happened that day because the FBI recorded the whole thing. You'll see someone who was working undercover for the FBI get out of their car at that motel parking lot, walk across the lot to defendant Cheng's black pickup truck, and you'll see inside the car that he picks up a blue and white patterned bag and unties it.

Inside the bag you'll see an open Walmart box filled with cash. You'll see that person start to remove the cash, large stacks, and counted 1, 2, 3, 4, all the way to 25. And you'll see the stacks, big fat stacks that you can barely hold in one hand, piled up in the Walmart box.

And you'll see that as the money is counted, defendant Cheng sits right there in the driver's seat of his black pickup truck. You'll get to watch this recording later in this trial,

1    and you'll have transcripts translating the Mandarin

2    conversation to English so that you can understand exactly

3    what's being said.

4        But you won't need a transcript to know what's going

10:07  5    on here.  The evidence will show that defendant Chen was

6    delivering money that came from illegal activity, and everyone

7    knew it.

8        This trial is about defendant Chen and seven

9    deliveries of cash and checks that he made around Boston

10:08 10    between August 2021 and August 2022.

11        As you know already, my name is Meghan Cleary, and I'm

12    an Assistant United States Attorney.  Together with my

13    colleague, Christopher Pohl, I represent the United States in

14    this case.  Isabella McIntyre is a paralegal with our office

10:08 15    and also part of our team.

16        Our job is to prove to you beyond a reasonable doubt

17    that defendant Chen committed the crimes that he is charged

18    with, which are money laundering conspiracy and conducting or

19    aiding and abetting the operation of an unlicensed money

10:08 20    transmitting business.

21        The evidence will show that over a period of

22    approximately one year, defendant Chen agreed to deliver well

23    over half a million dollars in cash and checks in seven

24    different deliveries.  You will see that he agreed five times

10:09 25    to deliver bags of cash to various parking lots and streets

1    around Boston.  You'll hear that most of this money was drug

2    money from the sale of cocaine or marijuana.  And you'll see

3    that defendant Chen agreed two other times at two different

4    restaurants to deliver bank checks, including one check for

10:09  5    over $162,000.  Most of this money was scam money from romance

6    scams and other investment scams.

7            You'll see a lot of evidence at this trial about

8    Chen's seven different money deliveries and the over $600,000

9    that he delivered.  We won't go into detail today about all of

10:09  10    those transactions, but you'll see that defendant Chen

11    delivered bags of money all over Boston and you'll see that the

12    pattern was generally the same each time.

13            For example, on August 6th, 2021, defendant Chen

14    delivered over $30,000 in the parking lot of a TD Bank.  He

10:10  15    delivered loose cash inside a plastic bag from a grocery store.

16            On February 7th, 2022, he delivered $100,000 at the

17    Encore Casino in a large black duffel bag.  And you'll see that

18    he sat there while the money was converted to cryptocurrency.

19            We've talked already about February 14th, 2022, when

10:10  20    defendant Chen delivered $250,000 in a Walmart box at a Best

21    Western Motel parking lot.

22            And on July 7th, 2022, he delivered $50,000 out the

23    window of his black pickup truck in the middle of the street in

24    Quincy.

10:11  25            You will learn that defendant Chen's deliveries looked

1    suspicious because they were.  The evidence will show that

2    defendant Chen made his seven deliveries on behalf of his

3    longtime friend and sometime business partner Jin Hua Zhang.

4         Zhang was in the business of exchanging cash that came

10:11  5    from drug trafficking and Internet fraud, and on seven

6    different occasions defendant Chen agreed to help him.  Zhang's

7    business was mostly based in New York, not Boston, but Zhang

8    had clients with cash in Boston and he needed someone here who

9    he could trust to receive that cash that came from crime, hold

10:11 10    on to it, and then deliver it.  And you will hear that

11    defendant Chen was that person.

12         And on seven different occasions he received money

13    from Zhang's clients.  And on seven different occasions he held

14    on to it until Zhang gave him the green light to deliver the

10:12 15    money.  And on seven different occasions he made those

16    deliveries for Zhang.

17         It doesn't matter why defendant Chen did what he did,

18    but the evidence that you'll see will tell you why.  He did it

19    because Zhang was his friend and Zhang needed his help.  The

10:12 20    evidence will show that they did favors for each other.  They

21    loaned each other money, and Zhang brought defendant Chen

22    investment opportunities.  But most importantly, they trusted

23    each other, and for Zhang, in this illegal business, trust is

24    everything.

10:12 25         I mentioned already, and the Judge told you, that

1    defendant Chen is charged with money laundering conspiracy.

2    The phrase "money laundering" sounds complicated, but the

3    concept really is simple.  People who commit certain types of

4    crimes, like selling drugs or stealing cash through scams on

10:13  5    the Internet, make money from committing those crimes.  But

6    those proceeds from crime are difficult for them to use.

7         You can't just deposit thousands and thousands of

8    dollars in cash into bank accounts without any explanation of

9    where that cash comes from.  People will get suspicious, banks

10:13  10   will ask questions, and when your business is criminal, that is

11   the last thing that you want.  So before you can put your

12   criminal profits into a bank account, you have to launder the

13   money, which just means adding a step between those profits and

14   their illegal source.  The added step is designed to make the

10:13  15   cash look more legitimate, and then the cleaner-looking cash

16   can go back to the criminals who need it to buy more drugs and

17   commit more crimes in the ongoing loop that you see there.

18   That's exactly the service that Zhang and defendant Chen

19   provided.

10:14  20       You will hear that in schemes like this, different

21   people can play different roles, and that's what happened here.

22   Zhang and defendant Chen did not do exactly the same thing, and

23   you're not going to hear that defendant Chen ever sold drugs or

24   converted money to cryptocurrency himself.  That was not his

10:14  25   job.  His job was to receive bags of cash and bank checks from

1    Zhang's customers, to hold on to them and keep them safe, and

2    then to deliver them to Zhang and people who worked for Zhang

3    so that the money could be converted to cryptocurrency.

4         You will hear from witnesses in this case, like FBI

10:14 5    Intelligence Analyst Brandon Tetro, who will explain to you

6    what cryptocurrency is and describe certain features that it

7    has that can make it attractive to criminals.  One thing that

8    you'll hear is that many cryptocurrency exchanges allow you to

9    move money outside the supervision of the traditional banking

10:15 10    system.  To access and store cryptocurrency, you don't have to

11    show your ID like you do to open a bank account.  You don't

12    have to explain it to anyone, where all of your cash is coming

13    from.  And suspicious transactions are not reported to

14    authorities like they would be by a bank.

10:15 15         You'll also hear from Mr. Ted Vlahakis, who works for

16    the Bureau of the United States Department of Treasury that's

17    responsible for protecting our financial system from illegal

18    activity, like money laundering.  He will tell you that the law

19    requires that banks report suspicious transactions and large

10:15 20    cash transactions to the government, and those reports are then

21    provided to law enforcement to help prevent crime.  That's

22    exactly why people are not going to use a bank when they want

23    to fly under the radar.  Instead, they will use someone like

24    Zhang and defendant Chen who will take their cash from crime

10:16 25    and convert it to cryptocurrency without reporting a thing.

1          Mr. Vlahakis also will tell you that people in

2    businesses that exchange cash for cryptocurrency are required

3    to register with the government.  And the evidence will show

4    here that neither Zhang nor defendant Chen ever registered

10:16  5    their business with the government, and they certainly never

6    filed any reports about their suspicious and large cash

7    transactions.  That's called conducting an unlicensed money

8    transmitting business.

9          In addition to Intelligence Analyst Tetro and

10:16 10    Mr. Vlahakis, you will get to hear testimony from Zhang

11    directly, and he will tell you exactly what money transmitting

12    services he provided and who it was for, drug traffickers and

13    online scammers.  Zhang has already pled guilty for his

14    conduct, and you will learn that he has agreed with the

10:17 15    government to testify because he hopes the government will

16    recommend a reduced jail sentence, although ultimately his

17    sentence will be up for Judge Kelley to decide.

18          For this reason, I anticipate that Judge Kelley will

19    instruct you at the end of the trial that you should consider

10:17 20    his testimony carefully.  But you won't just have to take

21    Zhang's word for it.  You'll get to see text messages showing

22    you exactly the amount of money that Zhang exchanged and when.

23    You'll hear some of Zhang's recorded calls with defendant Chen

24    where defendant Chen reports to Zhang that he's delivered the

10:17 25    cash and it's ready to be exchanged.  And you'll hear from

 1    Intelligence Analyst Tetro that he traced Zhang's

 2    cryptocurrency transactions on the blockchain, which he'll tell

 3    you is a publicly available digital record of every

 4    cryptocurrency transaction that's ever taken place.

10:18  5         All of this evidence will show you that the cash that

 6    defendant Chen delivered was converted to cryptocurrency, sent

 7    back to Zhang, and then sent to Zhang's clients, drug dealers

 8    and online scammers.  This business was not registered, and

 9    nothing was reported to the government.

10:18 10         Over the course of a year, defendant Chen had seven

 11    different opportunities to walk away.  He never did.  And he

 12    chose instead to deliver over half a million dollars all around

 13    Boston.  For defendant Chen's conduct, his multiple deliveries

 14    of drug money, hundreds of thousands of dollars in cash at

10:19 15    parking lots, a casino, and streets around Boston, and for his

 16    two deliveries of bank checks, including $162,000 of fraud

 17    money, defendant Chen is charged in the indictment with two

 18    crimes that Judge Kelley described to you earlier, money

 19    laundering conspiracy and conducting or aiding and abetting an

10:19 20    unlicensed money transmitting business.

 21         The Judge will instruct you again about the elements

 22    of these crimes at the end of trial.  And the evidence in this

 23    case will prove that defendant Chen agreed to deliver money

 24    that he knew came from illegal sources.  He knew that his

10:19 25    deliveries were designed to conceal those sources of the money.

1    And the evidence will show that those sources were drug

2    trafficking and Internet scams, like romance scams and

3    investment scams.  The evidence also will show that defendant

4    Chen conducted or aided and abetted the operation of a business

10:20  5    that was transmitting money across state lines and

6    internationally.

7         As I mentioned already, you will hear that businesses

8    like Chen's and Zhang's that exchange and transmit money have

9    to be licensed, and they have to report any cash transactions

10:20 10    over $10,000.  But you will see that defendant Chen and Zhang

11    didn't have a license for their money transmitting, and they

12    definitely never reported any of defendant Chen's five large

13    cash transactions to the government.

14         After you've seen and heard all the evidence, the

10:21 15    government will have the opportunity to speak with you again.

16    And when we do, we will ask you to return the only verdict

17    that's consistent with the charges and with all of the evidence

18    in this case, that beyond a reasonable doubt defendant Chen is

19    guilty.

10:21 20         Thank you.

21         THE COURT:  Thank you, Counsel.

22         Will there be an opening?

23         MR. QUEENAN:  Yes, Your Honor.

24         Could we have just one moment?

10:21 25         THE COURT:  Yes.

1          (Pause.)

2          MR. QUEENAN:  Your Honor, may I proceed?

3          THE COURT:  You may.

4          MR. QUEENAN:  Thank you.

10:23   5                    DEFENDANT OPENING STATEMENT

6     BY MR. QUEENAN:

7          Mr. Chen did not commit a crime.  He had no knowledge

8     of any unlawful activity.  He was not involved in any way in

9     any of the underlying crimes of wire fraud or drug

10:23  10    distribution.  He delivered money for a friend.  He did not get

11    paid.  He had no motive and no reason to be involved in

12    anything illegal.  Mr. Chen did not commit a crime.

13          I'm going to discuss essentially two things with you

14    during my opening statement.

10:24  15          The first is I want to introduce you to Mr. Chen, and

16    I want to walk you through what the evidence will show and

17    importantly what the evidence will not show.

18          And second, I want to discuss the law that applies to

19    this case, the government's burden of proof, the charges, the

10:24  20    requirement that the government prove each element beyond a

21    reasonable doubt.  Essentially, I want to give you a sneak peek

22    into which of the elements for you to be focused in on during

23    the trial.

24          Because you will see over the course of this trial

10:24  25    that the government cannot meet its extraordinary burden of

 1   proving these elements beyond a reasonable doubt.  Mr. Chen,

 2   who goes by Leo, is a United States citizen.  He immigrated

 3   here from China approximately 18 years ago.  He lives in Canton

 4   with his wife and two children.

10:25  5         Up until he was charged in this case, Leo was living

 6   out the promise of the American dream.  He came here from China

 7   with nothing.  He worked hard.  He started and still runs real

 8   legitimate businesses.  And by hard work, day and night, he has

 9   enjoyed professional and personal success.  He has done things

10:25 10   the right way.

11         You will hear that for the past nine years he has

12   owned and operated a successful and reputable kitchen design

13   and cabinet business located here in Dorchester with a

14   warehouse in Stoughton.  He is both an owner of this small

10:26 15   business as well as a skilled cabinet and countertop installer.

16   He is also on the ground managing these installs.  And like

17   many small business owners, he does everything, and it is an

18   around-the-clock job.

19         And on top of that, he also owns a restaurant with his

10:26 20   sister and his family called the Wei Shu Wu Hot Pot in Quincy.

21   And during times relevant to this case, in the summer of 2022,

22   Leo and his sister had the grand opening of their restaurant.

23   So while running In House Kitchen and Design by day, Leo worked

24   at night to prepare the restaurant for opening.  Most days he

10:27 25   did not return until 2:00 or 3:00 in the morning, only to turn

1    around and do it all again the next day.

2           So how is it that Leo, a successful small business

3    owner, who was not involved in any criminal activity, how is it

4    that he is now sitting here today in front of you charged with

10:27 5    financial crimes?

6           Jin Hua Zhang, this is someone who Leo trusted,

7    someone who Leo thought was a legitimate businessman, someone

8    who Leo thought was his friend, but Zhang betrayed Leo in the

9    worst way.  He deceived him.  He only showed Leo one side of

10:28 10    him.  He hid from Leo that he, Zhang, was a criminal.  He used

11    Leo so that he, Zhang, could make money.  And that's why Leo is

12    sitting here today.  Because he delivered money for someone who

13    he thought was his friend.

14           So let me tell you the background about Leo and

10:28 15    Mr. Zhang's friendship.  Around 2008 Leo immigrated to the

16    United States and settled in New Orleans.  And you will hear

17    that Leo came from the Fujian province of China, which is

18    roughly the size of California.  It has about 40 million

19    people.

10:29 20           While in New Orleans, Leo started working as a cabinet

21    installer, and while he was there, around 2012 or 2013, he met

22    Mr. Zhang and the two became friends.  Although they did not

23    know each other in China, they learned they came from that same

24    region.  Eventually, Leo moved here to Boston and Mr. Zhang

10:29 25    lived in New York City.  And over the years the two men

1    remained friends.

2          Leo became a U.S. citizen, he started a family, and he

3    opened his businesses.  And in 2017, you'll hear Mr. Zhang

4    actually moved to the Boston area to work with Leo at In House

10:29  5    Kitchen and Design.  Mr. Zhang saw how successful Leo was and

6    wanted to learn the business.  So Mr. Zhang spent about six

7    months with Leo learning, acting as an apprentice, but it's

8    hard work.  And Zhang decided to return to New York, and he

9    started his own businesses, nail salons, a car auction

10:30 10    business, a Western Union business.

11          And despite living in different cities, Leo and

12    Mr. Zhang stayed in contact.  When Leo was in New York for

13    business -- there's a distributor down there for his cabinet

14    business -- the two men would have dinner or lunch together,

10:30 15    and the same is true when Mr. Zhang visited the Boston area.

16    They also frequented the Encore Casino in Everett to gamble,

17    and you will hear that gambling is popular in the Chinese

18    culture.

19          All along Leo only knew one side of Mr. Zhang, a

10:31 20    legitimate business person, hardworking, entrepreneurial.  But

21    you will learn from the FBI's investigation that starting in

22    2021, unbeknownst to Leo, Mr. Zhang started transferring and

23    exchanging and converting money related to illegal activity,

24    and this is where this case starts.

10:31 25          Now, you heard a summary of the government's

1    investigation in their opening statement.  And the FBI

2    conducted an extensive investigation discovering that Mr. Zhang

3    was moving and exchanging money for both legitimate business

4    and unlawful activity.  Yet the government failed to mention

10:31   5    that, that Mr. Zhang also moved money for legitimate

6    businesses, and you'll hear that during the time of this case

7    Mr. Zhang also transferred and exchanged legitimate money,

8    money from foreign exchange students, restaurants, nail salons,

9    gambling winnings, and anyone who wanted to send money to

10:32  10    family back in China.

11        In fact, as I mentioned, you will hear that Zhang

12    owned a Western Union store in New York.  But as for Zhang's

13    other side, his involvement in unlawful activity, the evidence

14    will show that Leo was never made aware of that side of

10:32  15    Mr. Zhang.  The evidence will show -- instead, you will hear

16    and see that the opposite is true, that Leo was only led to

17    believe that Mr. Zhang was a legitimate business person.

18        And as you heard from the government, Leo delivered

19    money or checks seven times over a 13-month period, from August

10:33  20    2021 to August 2022.  None of that is in dispute.  Recordings

21    and photographs and cash bags, Leo was there seven times over

22    the course of 13 months.  And you're going to learn that each

23    one of these transactions was set up by FBI Boston.  So even

24    though Zhang was in New York, which is his home base for his

10:33  25    criminal activity, FBI Boston wanted to conduct undercover

1  operations into Zhang involving transactions here in this area,

2  in their jurisdiction.  And you will hear and see how the FBI

3  communicated with Zhang to schedule these transactions, and how

4  the FBI insisted on certain locations and created the

10:34 5  circumstances surrounding these transactions.

6          And as the government informed you in their opening,

7  they will play recordings and show you transcripts of these

8  transactions involving Leo.  In fact, we anticipate you'll see

9  and hear them today.  And when you review the recordings and

10:34 10  the transcripts, you will learn two things.

11          One, that Leo is unquestionably merely delivering

12  money or a check on behalf of Mr. Zhang.

13          And, two, during each one of these transactions when

14  Leo was present, no one discussed or even mentioned anything

10:34 15  about illegal activity, drugs, romance scams, investment scams,

16  not once.

17          Now, let's talk about the money.  Some of these

18  transactions involve large amounts of cash.  In fact, the

19  government's going to focus on that, and there's no dispute,

10:35 20  large amounts of cash.  It's not a crime to transact in cash or

21  to deliver cash.  We all know that.  It's important that you

22  will hear that it's very common in Chinese culture, especially

23  for recently immigrated Chinese, to conduct business in cash.

24  So although it may be unusual and rare for many of us to

10:35 25  conduct in cash, it is not unusual or rare for Chinese business

1    people to do so.

2         And as jurors, certainly you will be asked to apply

3    your common sense and your life experience when you're

4    reviewing the evidence, but you will also be asked to keep an

10:36 5   open mind and to consider that Leo is from a different culture.

6    He has different life experiences, and those cultural

7    differences and those differences in life experiences should be

8    considered when evaluating the evidence in this case.

9         And you were selected as jurors yesterday because you

10:36 10   are fair minded, because you promised to follow the Judge's

11   instructions, you promised to keep an open mind, and we've all

12   promised to ensure that Leo, like all of those that walk into

13   this courtroom and this courthouse, that they receive a fair

14   trial.

10:36 15        So we are going to ask you, keep an open mind

16   throughout the trial, and when considering the relevance or the

17   weight of the evidence presented to you, remember throughout

18   this trial, Leo is on trial, not Mr. Zhang.

19        The government will introduce evidence during the

10:37 20   trial of meetings and calls and text messages and Telegram

21   messages and that they discuss illegality, and the government

22   may even introduce evidence of a cocaine sale in New Jersey, of

23   a trip to Cambodia.  But you will see Leo is involved in none

24   of this.  He's not involved, and he's never made aware of any

10:37 25   of it.

1        Don't let the government distract you or confuse you.

2   Follow the evidence closely.  It will certainly incriminate

3   Mr. Zhang, but it's not evidence of Leo's guilt.  It is

4   important that you focus on the evidence that the government

10:38 5   introduces related to Leo and Leo only.

6        And during this trial you will hear from government

7   witnesses, many of them from the FBI, but not a single witness

8   is going to walk up here and take that stand and present

9   evidence demonstrating that Leo was aware that Mr. Zhang was

10:38 10   involved in criminal activity, and further, there will be no

11  evidence, none, that Leo himself was involved in any underlying

12  activities, none.

13        All right.  We're at the second part where I said I'm

14  going to walk you through some of the elements of the crime --

10:38 15   the charges as a way to help guide you during this trial.

16  We'll ask you to take note of the elements because, as the

17  evidence will show, the government will not establish these

18  elements beyond a reasonable doubt.

19        As jurors you're not being asked to consider simply

10:39 20   whether the government proved Leo did it or didn't do it.

21  Instead, determining guilt and innocence, it involves looking

22  at each and every element of the charged offenses, and one by

23  one determining if the government has proven each beyond a

24  reasonable doubt.  That means to do so, you collectively, the

10:39 25   jury, have to have confidence that the government has met the

1    highest burden in our legal system, proof beyond a reasonable

2    doubt.  And along the way, if you find one element is not met,

3    you stop, and you must acquit on the charge, and you'll be

4    instructed on that by the Judge.

10:40  5          So what are those elements that I want to sneak peek

6    for you?

7          With regard to the money laundering conspiracy, I want

8    to bring your attention to three elements to pay attention to

9    throughout this trial.

10:40 10          One is the knowledge element.  Will they prove to you

11   that Leo knew that the money involved in the transactions

12   derived from unlawful activities?

13          The second is the proceeds element.  Will they prove

14   to you that the money involved in the transactions actually

10:40 15   derived from what's called specified unlawful activity, wire

16   fraud or drug distribution, or did it come from some other

17   source?  Because if it's from another source, it's not

18   proceeds.

19          The third is the agreement element.  Will the

10:40 20   government prove that Leo willfully entered into an agreement

21   to commit money laundering, meaning that he agreed with someone

22   else to commit a crime, not that he committed to deliver money

23   but that he agreed to commit a crime.

24          And as to the other count, operating an unlicensed

10:41 25   money transmitting business, we're going to ask you to focus on

1   two elements throughout this trial.

2         And the first is the ownership element, whether Leo

3   himself owned or controlled or managed a money transmitting

4   business.  You will find that he did not.

10:41  5         And the second is the advance knowledge element.  As

6   Leo is alleged to have aided and abetted the operation of an

7   unlicensed money transmitting business, the government must

8   prove that Leo intended to help commit a crime.  That is, that

9   he had advance knowledge that Mr. Zhang was operating an

10:41  10   unlicensed money business, and the evidence will show he had no

11   knowledge, let alone advance knowledge, of Mr. Zhang's criminal

12   conduct.

13         During its opening statement, the government

14   referenced and showed photos of some co-conspirators in this

10:42  15   case.  They referenced Jin Hua Zhang and you might hear about

16   another man named Licheng Huang and may hear about others.  And

17   you will see a stark difference between these men and Leo.

18   Each of these other men had explicit knowledge of the

19   underlying criminal conduct.  Leo had no knowledge of

10:42  20   Mr. Zhang's criminal conduct.

21         Each of these other men were involved in the

22   underlying criminal conduct.  Leo was not involved in any of

23   the underlying criminal conduct.  Each of these criminals got

24   paid for what they did.  Leo got nothing.  He didn't get paid a

10:43  25   cent.  And that is the difference between being guilty of

1    committing a crime and being not guilty of committing a crime.

2            Leo is innocent.  And as the Court told you and as

3    you'll learn through the instructions and as we know, that the

4    Constitution affords Leo, like all of us in this country, the

10:43  5    presumption of innocence.  So he sits here right now innocent,

6    and the government has to prove each and every element of the

7    crimes charged beyond a reasonable doubt.

8            And at the end of this trial, I'm going to come back

9    up here.  By that point the evidence will show that the

10:43  10    government cannot meet its burden, that Leo remains innocent,

11    and that we will ask you to hold the government to that burden

12    and find that Leo is not guilty of the two offenses.

13            Thank you.

14            THE COURT:  Thank you, Counsel.

10:44  15            It's 10:45.  Do we need a break?

16    (END OF EXCERPT.)

17                            * * * * *

18

19

20

21

22

23

24

25

1           CERTIFICATE OF OFFICIAL REPORTER

2

3           I, Linda Walsh, Registered Professional Reporter

4   and Certified Realtime Reporter, in and for the United States

5   District Court for the District of Massachusetts, do hereby

6   certify that the foregoing transcript is a true and correct

7   transcript of the stenographically reported proceedings held in

8   the above-entitled matter, to the best of my skill and ability.

9           Dated this 7th day of August, 2025.

10

11

12           /s/ Linda Walsh

13           Linda Walsh, RPR, CRR

14           Official Court Reporter

15

16

17

18

19

20

21

22

23

24

25