UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,    )
                             )
          Plaintiff,         )
                             )  Criminal Action
     v.                      )  No. 1:22-cr-10279-AK-3
                             )  Pages 4-1 to 4-51
FENG CHEN,                   )
                             )
          Defendant.         )
                             )

BEFORE THE HONORABLE ANGEL KELLEY
UNITED STATES DISTRICT JUDGE

EXCERPT TO JURY TRIAL - Day 4
TESTIMONY OF JIN HUA ZHANG

August 7, 2025

John J. Moakley United States Courthouse
Courtroom No. 8
One Courthouse Way
Boston, Massachusetts 02210

Linda Walsh, RPR, CRR
Official Court Reporter
John J. Moakley United States Courthouse
One Courthouse Way
Boston, Massachusetts 02210
lwalshsteno@gmail.com

```
 1    APPEARANCES:

 2    On Behalf of the Government:

 3         UNITED STATES ATTORNEY'S OFFICE
           By: AUSA Christopher J. Pohl
 4             AUSA Meghan Chambers Cleary
           1 Courthouse Way, Suite 9200
 5         Boston, Massachusetts 02210
           617-748-3196
 6         christopher.pohl@usdoj.gov
           meghan.cleary@usdoj.gov
 7

 8    On Behalf of the Defendant:

 9         SHEEHAN PHINNEY BASS & GREEN, PA
           By: Patrick J. Queenan, Esq.
10             Jennifer Tamkin, Esq.
           1000 Elm Street, 17th Floor
11         Manchester, New Hampshire 03101
           603-627-8335
12         pqueenan@sheehan.com
           jtamkin@sheehan.com
13

14         SHEEHAN PHINNEY BASS & GREEN, PA
           By: David M. Losier, Esq.
15         28 State Street, 22nd Floor
           Boston, Massachusetts 02109
16         617-897-5604
           dlosier@sheehan.com
17

18

19

20

21

22              Proceedings reported and produced
                 by computer-aided stenography.
23

24

25
```

1                          INDEX

2    WITNESS                      DIRECT  CROSS  REDIRECT  RECROSS

3    JIN HUA ZHANG

4       By Mr. Pohl                 4-5

5                        E X H I B I T S

6

7                        DESCRIPTION                RECEIVED

8    GOVERNMENT EXHIBITS

9       65    Jin Hua Zhang Plea Agreement...................    4-7

10      66    Sealed Exhibit 1..............................    4-7

11      67    Sealed Exhibit 2..............................    4-7

12      68    Photo of Feng Chen...........................    4-18

13      69    Google Maps search of 5023 6th Ave nu,
             Brooklyn, NY..................................    4-30
14
        70    Screenshots from February 7, 2022 recording....    4-48
15

16

17

18

19

20

21

22

23

24

25

```
 1                P R O C E E D I N G S
 2                     * * * * *
 3   (EXCERPT BEGINS.)
 4              MR. POHL:  Thank you.  Your Honor, the United States
11:00  5   calls Jin Hua Zhang.
 6              THE CLERK:  Sir, would you please stand and raise your
 7   right hand.
 8              (Witness sworn.)
 9              THE WITNESS:  Yes.
11:00 10              THE CLERK:  Thank you.
11              Please be seated.
12              State your name for the record and spell your last
13   name for the record.
14              (All answers are through the interpreter unless
11:00 15              otherwise noted.)
16              THE WITNESS:  My name is Jin Hua Zhang.  The last name
17   is spelled Z-H-A-N-G, but some other people could pronounce it
18   as Zhang or Zhang.
19              THE COURT:  Thank you.  Good morning to you.  You can
11:01 20   have a seat.  Stephanie, are you going to help us out?
21              INTERPRETER LIU:  It's easier for me so I don't have
22   to turn my head so many times if I sit here?
23              THE COURT:  Yes, that's where I was expecting you to
24   sit.
11:01 25              INTERPRETER LIU:  I don't need to sit in this chair.
```

```
 1   I keep turning my head, it's more difficult.

 2            THE COURT:  Can he hear?

 3            MR. LOSIER:  Yes, Mr. Chen can hear.

 4            THE COURT:  Very good.  Ladies and gentlemen of jury,

 5   you may have noticed that we're going to be using two

 6   interpreters, one for the witness and one for the defendant.

 7   All right.  So it may not be -- just bear with us if it's not

 8   as smooth as it has been.  All right.  You may begin.

 9            MR. POHL:  Thank you, Your Honor.

10            JIN HUA ZHANG, having been duly sworn by the Clerk,

11   was examined and testified as follows:

12                        DIRECT EXAMINATION

13   BY MR. POHL:

14   Q.   Good morning.

15   A.   (In English) Good morning.

16   Q.   Mr. Zhang, you're in prison clothes today; is that correct?

17   A.   Correct.

18   Q.   So I'm going to just give you one request before I ask my

19   next question.  I know you and I have spoken together in

20   English, but if we're going to use two interpreters, I would

21   like you to wait for the translation and then give the answer.

22   All right?

23            (All answers are through the interpreter unless

24            otherwise noted.)

25   A.   That's good.
```

```
      1   Q.   All right.

      2              THE COURT:  Just one second.  I just want to make

      3   sure.

      4              Can I see counsel at sidebar for a second.

11:02 5              (At sidebar.)

      6              THE COURT:  I just want to confirm the language of the

      7   interpreter that Mr. Zhang is using.  He's Mandarin as well?

      8              MR. POHL:  Yes.

      9              THE COURT:  So your client understands when he

11:03 10  testifies or does Stephanie need to?

     11              MR. QUEENAN:  I can see if we can minimize it; is that

     12   what you are saying?

     13              THE COURT:  I'm just trying -- she's not interpreting.

     14              MR. QUEENAN:  Yes, because he understands Mandarin.

11:03 15  You want me to go back and give the thumbs up?

     16              THE COURT:  That's what I wanted to make sure.

     17              MR. QUEENAN:  Thank you, Judge.

     18              (End of sidebar.)

     19              THE COURT:  I was just a little concerned because I

11:04 20  didn't see both interpreters at work, but my understanding is

     21   that your client understands Mr. Zhang as he's testifying, and

     22   when he needs the interpreter, he'll utilize it.

     23              MR. QUEENAN:  Yeah.  Mr. Chen understands Mandarin.

     24              THE COURT:  And that's the language?

11:04 25             MR. QUEENAN:  Right.
```

          1              THE COURT:  So that's the language that Simon is

          2    interpreting for Mr. Zhang.

          3              MR. QUEENAN:  Yes.  Correct, Your Honor.

          4              THE COURT:  All right.  Very good.  Thank you.  Sorry

11:04     5    about that, Counsel.

          6              MR. POHL:  Not at all.  Thank you.  Thank you for

          7    making sure that this is all set up before we get started.

          8              Your Honor, there are three documents, and Mr. Lara,

          9    that were marked on the previously contested list which are MM,

11:04    10    JJ, and KK.  I've had a chance to conference that with

         11    Mr. Queenan during the break and I believe those can be

         12    admitted.

         13              THE CLERK:  Say that again.

         14              MR. POHL:  MM, JJ, KK.

11:05    15              MR. QUEENAN:  No objection, Your Honor.

         16              THE COURT:  Received in evidence.

         17              THE CLERK:  So MM will be 65, JJ will be 66, and KK

         18    will be 67.

         19              MR. POHL:  Very good.

11:05    20              (Government Exhibits 65, 66 and 67 received in

         21              evidence.)

         22    BY MR. POHL:

         23    Q.   Mr. Zhang, you're currently incarcerated, correct?

         24    A.   Correct.

11:05    25    Q.   That's because you pleaded guilty to several crimes?

```
  1   A.   Correct.

  2   Q.   All right.

  3        MR. POHL:  Ms. McIntyre, can I have Exhibit number 65.

  4   BY MR. POHL:

11:06  5   Q.   Mr. Zhang, there's a document in front of you.  Do you

  6   recognize that?

  7   A.   Yes.  This is my plea agreement.

  8   Q.   Okay.

  9        MR. POHL:  And Ms. McIntyre, can I ask you to flip

11:06 10   through all the pages very quickly.  All right.  We can stop

 11   there for one second.

 12   BY MR. POHL:

 13   Q.   This is a page where I signed it and other persons from

 14   the United States Attorney's Office signed it, correct?

11:06 15   A.   Correct.

 16        MR. POHL:  One more page, Ms. McIntyre.

 17   BY MR. POHL:

 18   Q.   And what is this page?

 19   A.   This is my signature.

11:07 20        MR. POHL:  Ms. McIntyre, can we go back to page 1,

 21   please, of this document.  Thank you.  And can you blow up the

 22   paragraph 1, change of plea.

 23   BY MR. POHL:

 24   Q.   Mr. Zang, what did you plead guilty to in this case?

11:07 25   A.   I was pleading guilty to selling drugs and money laundering.
```

1  Q.   Okay.  And that's reflected in paragraph 1?

2  A.   Correct.

3  Q.   Thank you.

4       MR. POHL:  Ms. McIntyre, can I ask you to pull up

11:07 5  paragraph 2, please.

6  BY MR. POHL:

7  Q.   And Mr. Zhang, do you recognize this paragraph?

8  A.   Yes, remember.

9  Q.   And these are the penalty provisions that you face for

11:08 10  pleading guilty to those two charges; is that correct?

11  A.   Correct.

12  Q.   All right.  And for Count 1, which is money laundering,

13  you face up to 20 years in prison, correct?

14  A.   Correct.

11:08 15  Q.   And for Count 2, which is conspiracy to distribute 5

16  kilograms or more of cocaine, you receive a minimum sentence of

17  ten years, correct?

18  A.   Correct.

19  Q.   And a possible sentence up to life in prison?

11:09 20  A.   Correct.

21  Q.   All right.

22       MR. POHL:  Can we turn to the third paragraph on page

23  2, Ms. McIntyre.  Thank you.  Can you blow that up for the

24  jury.

11:09 25  BY MR. POHL:

      1    Q.   In connection with your plea agreement, Mr. Zhang, am I
      2    correct that you agreed to certain statements about your own
      3    criminal conduct?
      4    A.   Correct.
11:09 5    Q.   And one of those statements is that you agreed that you
      6    laundered at least $25 million?
      7    A.   Correct.
      8    Q.   You also agreed that you knew that some of the funds that
      9    you laundered were the proceeds of drug trafficking?
11:10 10   A.   Correct.
      11   Q.   And you also agreed that you were in the business of
      12   laundering funds?
      13   A.   Correct.
      14   Q.   And that's the agreement that you had with the government
11:10 15   before you tendered your guilty plea, correct?
      16   A.   Correct.
      17   Q.   Have you been sentenced yet?
      18   A.   Not yet.
      19   Q.   All right.  In addition to this plea agreement, did you
11:11 20   have a second agreement with the government?
      21   A.   Yes.
      22        MR. POHL:  Could you pull up JJ, now 66, Ms. McIntyre.
      23   Thank you.
      24   BY MR. POHL:
11:11 25   Q.   Do you recognize this document, sir?

1    A.    Yeah, recognize.

2    Q.    You do recognize it?

3    A.    Yes.  It's in front of me, yes, the agreement.

4    Q.    Okay.  Do you remember which kind of agreement this is?

11:12  5    A.    This is a cooperation agreement.

6          MR. POHL:  Okay.  Ms. McIntyre, why don't we do the

7    exact same thing we did with 65, quickly tick through all the

8    pages and get to the signature page.

9    BY MR. POHL:

11:12 10    Q.    Do you recognize this last page, Mr. Zhang?

11    A.    This was my signature.

12    Q.    Okay.  And you signed this agreement but before you pled

13    guilty, correct?

14    A.    Correct.

11:12 15          MR. POHL:  All right.  Ms. McIntyre, if we could go

16    back to page 1, we are just going to blow up two paragraphs.

17    Can you go to paragraph 1.  We'll start on page 1 and continue

18    on to page 2 in terms of the cooperation.

19    BY MR. POHL:

11:13 20    Q.    Do you see this, Mr. Zhang?

21    A.    Yeah, I know that.

22    Q.    Okay.  And what, in your own words, Mr. Zhang, does the

23    cooperation agreement that you signed require you to do?

24    A.    It requires me to tell the truth.

11:13 25    Q.    And you're required to appear any time the government

1    requires you to testify, correct?

2    A.    Correct.

3    Q.    Okay.

4         MR. POHL:  Ms. McIntyre, could you go to paragraph 6.

11:14 5   Can you blow that up for the jury.

6    BY MR. POHL:

7    Q.    Do you see paragraph 6, Mr. Zhang?

8    A.    Yes, I can.

9    Q.    Does this paragraph set forth what will happen to you in

11:14 10  your plea agreement if you are found to have testified falsely?

11   A.    Correct.

12   Q.    And in connection with your plea and cooperation

13   agreement, can you tell the jury in your own words why it is

14   that you've agreed to cooperate?

11:15 15  A.    Yeah, I was look for a reduction of my penalties.

16   Q.    And you have not been sentenced yet, correct?

17   A.    Not yet.

18   Q.    Do you know what sentence you're going to receive?

19   A.    I don't know yet.

11:15 20  Q.    And do you know who ultimately will decide your sentence?

21   A.    Judge Kelley.

22   Q.    Now, in addition to this case in Massachusetts, were you

23   arrested and have pled guilty to another federal crime?

24   A.    In New York.

11:16 25       MR. POHL:  All right.  May I have KK, now 67,

1  Ms. McIntyre.  Thank you.  Can we just blow up paragraph 1 of

2  that document.

3  BY MR. POHL:

4  Q.   All right.  So in addition to the charges here in the

11:16  5  District of Massachusetts, Mr. Zhang, am I correct that you've

6  also pleaded guilty to a number of other charges in the Eastern

7  District of New York, which includes Brooklyn?

8  A.   Correct.

9  Q.   And in connection with that case, you pleaded guilty to

11:17 10  conspiracy to commit bank fraud; is that correct?

11  A.   Correct.

12  Q.   Conspiracy to operate an unlicensed money transmitting

13  business?

14  A.   Correct.

11:17 15  Q.   Conspiracy to commit wire fraud?

16  A.   Correct.

17  Q.   Money laundering conspiracy?

18  A.   Correct.

19  Q.   Aggravated identity theft?

11:17 20  A.   Correct.

21  Q.   And conspiracy to commit passport fraud?

22  A.   Correct.

23  Q.   And we won't go through the rest of this document in

24  detail, but would I be correct in saying that you have a

11:18 25  similar -- it looks different, but you have a similar agreement

1    with the prosecutors in the Eastern District of New York as you

2    have with Ms. Cleary and myself here in the District of

3    Massachusetts?

4    A.   Correct.

11:18  5    Q.   By which I mean you pled guilty in New York, correct?

6    A.   Correct.

7    Q.   And you agreed to cooperate with prosecutors in New York?

8    A.   Correct.

9    Q.   Okay.  How old are you?

11:19 10    A.   37.

11    Q.   Where were you born?

12    A.   China.

13    Q.   Where in China?

14    A.   I was born in the province Fujian in the City of Fuzhou.

11:19 15    Q.   When did you come to the United States?

16    A.   2006.

17    Q.   How did you enter the United States?

18    A.   When I came across the Mexican border.

19    Q.   Did you legally enter the United States?

11:20 20    A.   Illegal entry.

21    Q.   When you entered the United States, where did you

22    eventually settle?

23    A.   In New York.

24    Q.   When you -- why did you go to New York?

11:20 25    A.   Because both my sister and my brother were residing in New

1  York.

2  Q.   What did you do for work when you arrived in New York?

3  A.   Yeah, I work in a restaurant, and also I work in nail

4  salons.

11:21 5  Q.   While you were working in a restaurant and working in a

6  nail salon, did you take any steps to try to get legal status

7  in the United States?

8  A.   Yeah, I apply for political asylum.

9  Q.   How -- what -- did you have help applying for political

11:21 10 asylum?

11  A.   I went to a lawyer's office.

12  Q.   Okay.  And did you fill out paperwork to apply for asylum?

13  A.   Yeah.  I mean, they help me to fill out all the forms.

14  Q.   And why -- what did you claim was the reason why you

11:22 15 needed to have asylum to stay in the United States?

16  A.   Falun Gong.

17  Q.   So explain that.  What is Falun Gong?

18  A.   It's a religious set, something to do with religion.

19  Q.   All right.  And is that practiced in China?

11:22 20  A.   Correct.

21  Q.   And while you lived in China, what did you observe about

22  the people in China who practiced Falun Gong?

23  A.   I often read in the news that they are often arrested by

24  the government.

11:23 25  Q.   And so when you came to the United States, you claimed

1  that you practiced Falun Gong?

2  A.    Correct.

3  Q.    And that was the reason why you claimed you needed to stay

4  here in the United States?

11:23  5  A.    Correct.

6  Q.    Was that true; did you practice Falun Gong?

7  A.    No.

8  Q.    Why did you say that you practiced Falun Gong if you

9  don't?

11:23  10  A.    Well, this was suggested by the lawyer's office.

11  Q.    While -- so after you applied for asylum, did you take any

12  other steps to improve your chances of staying in the United

13  States?

14  A.    Yeah.  I got married with a lady called Lin Yi Zhang.

11:24  15  Q.    You got married?

16  A.    Correct.

17  Q.    Was this an actual marriage from somebody that you had

18  known and been dating?

19  A.    Yeah, we met, but we did not actually date.  We did not

11:25  20  actually, you know, develop something.

21  Q.    Was the woman that you married also applying for status in

22  the United States?

23  A.    She's also applying.

24  Q.    And so when you -- where did you get married?  Where did

11:25  25  you get married?

|       |    |                                                              |
|-------|----|--------------------------------------------------------------|
|       | 1  | A.    In New York City.                                       |
|       | 2  | Q.    Once you got married, did you forward that information to |
|       | 3  | the court?                                                    |
|       | 4  | A.    You know, we got married, and then we submitted our     |
| 11:26 | 5  | marriage certificate to the lawyer's office.  And the lawyer's |
|       | 6  | office will, you know, follow through with those things.      |
|       | 7  | Q.    And after you applied for asylum and after you got      |
|       | 8  | married, did you in fact receive status to stay in the United |
|       | 9  | States?                                                       |
| 11:26 | 10 | A.    Correct.                                                |
|       | 11 | Q.    What kind of status did you receive?                    |
|       | 12 | A.    You are talking about now or?                           |
|       | 13 | Q.    First.                                                  |
|       | 14 | A.    Well, I was approved for kind of a document called a C5 |
| 11:26 | 15 | document, immigration document.                              |
|       | 16 | Q.    And after you received that, did you eventually become a |
|       | 17 | United States citizen?                                        |
|       | 18 | A.    Correct.                                                |
|       | 19 | Q.    What happened with your marriage?                       |
| 11:27 | 20 | A.    And then two years later we filed for divorce.          |
|       | 21 | Q.    Let's get back to what you were doing for work.  You were |
|       | 22 | working in restaurants and you started working in a nail salon? |
|       | 23 | A.    Correct.                                                |
|       | 24 | Q.    Did you eventually own your own business?               |
| 11:27 | 25 | A.    Correct.                                                |

```
 1    Q.   What kind of business was that?

 2    A.   Nail salon.

 3    Q.   Okay.  And where was that?

 4    A.   In Staten Island.

 5         MR. POHL:  For the witness, Mr. Lara, could I have

 6    Exhibit A-1, please.

 7    Q.   Do you see that image?

 8    A.   Correct.

 9    Q.   Who is that?

10    A.   Feng Chen.

11         MR. POHL:  We'd offer this.

12         MR. QUEENAN:  No objection.

13         THE COURT:  Received in evidence.

14         THE CLERK:  68.

15         (Government Exhibit 68 received in evidence.)

16    BY MR. POHL:

17    Q.   Mr. Zhang, do you see Feng Chen in Court?

18    A.   Yes.

19    Q.   Could you point him out to the jury?

20    A.   (Witness complies.)

21         MR. POHL:  I ask that the record reflect that the

22    witness has identified the defendant.

23         THE COURT:  It shall.

24         MR. POHL:  Thank you.

25    BY MR. POHL:
```

11:28  5
11:28 10
11:28 15
11:29 20
11:29 25

```
 1   Q.   Mr. Zhang, how did you come to meet Feng Chen?

 2   A.   When I went to Liaoning, L-I-A-O-N-I-N-G.

 3        INTERPRETER LIU:  Sorry.  The interpreter misheard.  I

 4   thought it was a Chinese city called Liaoning.  It's New

 5   Orleans, not Liaoning in China.  Correction.

 6   A.   When I went to New Orleans, a friend of mine introduced me

 7   to Feng Chen.

 8   Q.   And what do you remember about meeting Feng Chen that

 9   first time?

10   A.   The three of us went out to have a dinner.

11   Q.   And did you discuss what you were doing for work?

12   A.   I do not recall clearly.  I believe so.

13   Q.   What did you -- what did you know -- what did Feng Chen

14   tell you about what he was doing for work?

15   A.   My friend told me that Feng Chen was a partner in a retail

16   business.

17   Q.   After you left New Orleans, did you stay in touch with

18   Feng Chen?

19   A.   Very rarely.

20   Q.   When you did -- how would you -- how would you be in touch

21   on the occasions when you were in touch?

22   A.   By phone.

23   Q.   Let me move you up to 2017.  Did you come to Boston in

24   2017?

25   A.   Correct.
```

11:29 (line 5)
11:29 (line 10)
11:30 (line 15)
11:31 (line 20)
11:32 (line 25)

1    Q.    So I moved you ahead to 2017, but I don't think I actually

2    said when the time was when you actually met Feng Chen.  Do you

3    remember around when you met Feng Chen?

4    A.    Okay.  Sometime between March and April in 2013 I met -- I

11:32 5    first met Feng Chen.

6    Q.    And that's when you had the dinner you just discussed?

7    A.    Correct.

8    Q.    All right.  Thank you.  On to 2017.  Did you come to

9    Boston in 2017?

11:32 10   A.    Correct.

11   Q.    Where did you stay when you came to Boston?

12   A.    I stayed in a workers' hostel next to where Feng Chen was.

13   Q.    How long did you stay in Boston?

14   A.    Approximately six months.

11:33 15   Q.    And what did you do while you were in Boston for those --

16   A.    I was learning the business of kitchen cabinet.

17   Q.    From who?

18   A.    Feng Chen.

19   Q.    What about your nail salon business?

11:33 20   A.    Someone else was still operating the nail salon business

21   in New York in 2017.

22   Q.    All right.  So who taught you the cabinet business?

23   A.    Feng Chen.

24   Q.    At the end of six months what happened?

11:34 25   A.    After six months I was now able to learn the business of

1  kitchen cabinet.  Then I went back to New York.

2  Q.    Did you ever actually do anything with the cabinet

3  business information you received?

4  A.    You mean during the time I was in Boston?

11:35  5  Q.    Yeah, or after.

6  A.    Okay.  In Boston I was just learning the business, and

7  after I left I did not do any business with kitchen cabinet.

8  Q.    Okay.  What kind of business did you do once you returned

9  to New York?

11:35  10  A.    I opened another two to three nail salons in New York.

11  Q.    Let me move you ahead to 2020.

12  A.    Okay.

13  Q.    What happened to your businesses in 2020?

14  A.    Because of COVID-19, the business were closed.

11:36  15  Q.    When your businesses were closed, what did you do to make

16  money?

17  A.    I received a WeChat -- I received like an envelope from

18  WeChat at that time.  I received a packet, like, from WeChat.

19  Q.    And what is this kind of packet called?

11:37  20  A.    Literally it means red packet, okay?  Hongbao means red

21  packet or red envelope.  You can also try and say red envelope.

22  Q.    What does that term mean to you?

23  A.    In Chinese culture, red envelope means that it's like some

24  gift, a free gift.

11:38  25  Q.    Well, what did you do in terms of -- what did you do on

1   red envelope?

2   A.   Someone needs to do a red envelope, and then I was to

3   assist that person to do a red envelope.

4   Q.   Okay.  So what happens in that?  When you say the term

11:38  5   "red envelope," what kinds of things are we talking about here?

6   A.   Someone would give me U.S. dollar in cash, and then I have

7   to transfer the money that I received into this red envelope.

8   Q.   Okay.  All right.  And transferring it into the red

9   envelope does what?

11:39 10   A.   So they have to buy a card for them to using that card to

11   getting some points, and then they can use that card to play

12   some games using that card.

13   Q.   Okay.  You had customers, correct?

14   A.   Yes.

11:39 15   Q.   The customers gave you U.S. dollars?

16   A.   He gave me U.S. dollar in cash.

17   Q.   And then you sent what back to the customers?

18   A.   Inside the red envelope it would be Renminbi, RMB.

19   Q.   Okay.  And would you make with -- why would you do that?

11:40 20   What did you get out of doing that?

21   A.   I would get the difference in terms of the exchange rate.

22   Q.   Okay.  So this was a way for somebody to give you cash and

23   for them to get Chinese currency?

24   A.   Yes, correct.

11:41 25   Q.   And you made money from it?

1  A.   Correct.

2  Q.   All right.  Once you began to do this, did you have any

3  other customers?

4  A.   Yes, later on.

11:41  5  Q.   All right.  Who was -- who was that?

6  A.   Hua Zhai.

7  Q.   Where did he live?

8  A.   California.

9  Q.   And what did you do for him?

11:42  10  A.   He would give me cash, and then I would convert it to

11  Renminbi, RMB.

12  Q.   And when you converted to RMB, what would you do with it?

13  A.   Okay.  So I got the U.S. dollar in cash and then I would

14  then give the -- convert it into Renminbi and then give it to

11:42  15  some people who would have Renminbi in their hands, and then

16  afterwards these people would then transfer the money back to

17  Hua Zhai.

18  Q.   How much money did you charge for doing that?

19  A.   3 percent.  I charge 3 percent.

11:43  20  Q.   Okay.  And did Hua Zhai introduce you to anybody else?

21  A.   Dahai.  Hua Zhai introduced me to someone called Dahai.

22  It means big sea literally.

23  Q.   After Hua Zhai introduced you to Dahai, did something

24  happen to Hua Zhai?

11:43  25          MR. QUEENAN:  Objection, Your Honor.  May we approach?

1          THE COURT:  Sure.

2          (At sidebar.)

3          MR. QUEENAN:  I object to relevance of this question,

4     Your Honor.

11:44  5          MR. POHL:  So his first customer, the person that he

6     was doing money transmitting for, was arrested.  He -- in New

7     York for drugs.  The person that he introduced him to, Dahai,

8     is someone who was involved in some of the money pickups here

9     with Zhang.  So that's -- I think that's the full extent of

11:44 10     what we're going to hear about Hua Zhai after this.

11          And not for today, and I'll let counsel -- we can talk

12     about it after court, but I think it might -- I mean, I know

13     she's a New York interpreter, but it might be better for Simon

14     to stay with this witness throughout, only because he's

11:45 15     translated for the proffers as well, and I think he would be

16     familiar with some terms that she's learning for the first

17     time.  And that's something we can talk about, and I certainly

18     don't mean to guarantee it.

19          THE COURT:  I think they need to switch off.  Maybe

11:45 20     they can do longer periods, but certainly they've done that

21     role for long periods from when I saw them switch off.  But I

22     think we're not going to be able to do that for the entire

23     time.

24          MR. POHL:  Understood.

11:45 25          MR. QUEENAN:  May I be heard on my objection?  Your

1    Honor, I don't know why his drug arrest, for someone else who

2    is not part of this case, needs to be brought in to be misused

3    as like some evidence like the proceeds from drugs from that

4    arrest and so it's not relevant.

11:46    5    THE COURT:  So what is the purpose of it?  If the

6    purpose is to air out all the dirty laundry here, you know --

7    MR. QUEENAN:  That's not -- sorry, Judge.

8    THE COURT:  If that's the purpose, then you need to

9    make clear that Chen has nothing to do with that.

11:46   10    MR. POHL:  I see.

11    THE COURT:  Okay.  But if you tell them there's some

12    other purpose, help me out.

13    MR. POHL:  So -- and I appreciate the question.  I

14    didn't mean for it to become a big part of the direct.  All it

11:46   15    really does is explain why he stops talking to his first

16    customer and moves more on to Dahai, who is much more involved

17    in the case.  But I also do think --

18    THE COURT:  You're familiar with that individual?

19    MR. QUEENAN:  Sure.  But that he got arrested has no

11:47   20    relevance and has only prejudicial value, Your Honor.  After

21    you did business with this guy, you started doing business with

22    Dahai, correct?  That's it.

23    MR. POHL:  But all of the money is drug money, and

24    they first started doing drug money with --

11:47   25    MR. QUEENAN:  You'll be surprised of what you'll hear

```
 1    today, Your Honor.
 2              THE COURT:  I don't know who was speaking because --
 3              MR. QUEENAN:  Go ahead.
 4              MR. POHL:  I'm done.  I'm happy to leave it there and
11:47 5    move on to Dahai, all right.
 6              THE COURT:  All right.
 7              MR. QUEENAN:  Thank you.
 8              (End of sidebar.)
 9              THE COURT:  All right.  Wait for a question, please.
11:48 10             MR. POHL:  Thank you.
11    BY MR. POHL:
12    Q.   Well, two things.  First Hua Zhai, could you possibly
13    spell that for the jury and for the court reporter.
14    A.   H-U-A.  Hua, H-U-A.  The second word is Zhai, Z like
11:48 15   zebra.  Z-H-A-I.  Hua, H-U-A.  Zhai, Z-H-A-I.
16    Q.   And I think we can leave it at this.  Hua Zhai introduced
17    you to someone named Dahai, yes?
18    A.   Correct.
19    Q.   Who is Dahai?
11:49 20   A.   He is also another client of mine --
21    Q.   All right.
22    A.   -- behind the scene.
23    Q.   What kind of -- what kind of client?
24    A.   He's another client that who would gave me U.S. dollar in
11:49 25   cash, and then I would convert it into Renminbi.
```

```
    1    Q.   And where would you do that?

    2    A.   In New York.

    3    Q.   Okay.  Did you perform that role for other people?

    4    A.   Yes.

11:50    5    Q.   And were some of those people in and around Boston?

    6    A.   Approximately around the time in 2021 that someone called

    7    Tim, T-I-M, and that's another Vietnamese guy.

    8    Q.   All right.  So those are two.  Who is Tim?

    9    A.   Tim is a Chinese individual that lives in Quincy.  I

11:50   10    believe that he's someone who sells marijuana.

   11    Q.   And you named a second person.  Who was that?

   12    A.   I do not know this guy's name.

   13    Q.   Okay.  But for these two people, for Tim, the marijuana

   14    dealer, and the second person, what things would you do for

11:51   15    them?

   16    A.   Okay.  Tim sometimes would give me U.S. dollar in cash and

   17    ask me to convert in Renminbi and sometimes he would just give

   18    me Renminbi, and then sometimes he would ask me to help him to

   19    for the money exchange between Boston and New York.

11:51   20    Q.   Okay.  The second person, the Vietnamese person whose name

   21    that you didn't know that you did this for, what kind of things

   22    did you do for that person?

   23    A.   The Vietnamese guy also gave me U.S. dollar in cash, and

   24    then I would convert it to Renminbi.

11:52   25    Q.   Did you know what kind of cash you were converting, where
```

1   the cash came from?

2   A.   I believe that the cash that he got has something to do

3   with marijuana sale.

4   Q.   Okay.  So we've talked about Tim and the Vietnamese

11:52  5   person.  Let's talk about Dahai.

6   A.   Okay.

7   Q.   What did you do for Dahai?

8   A.   The same.  Dahai would give me U.S. dollar in cash and

9   then I would convert it into Renminbi.

11:53  10   Q.   And what kind of cash were you converting for Dahai?

11   A.   You mean -- what do you mean?  You mean?

12   Q.   I mean, what was your understanding of where the money

13   that you were converting came from?

14   A.   I believe that this cash that Dahai obtained will come

11:54  15   from Mexico -- to have some connection with Mexico, to have

16   some connection with Mexico.

17          INTERPRETER LIU:  Correction.

18   BY MR. POHL:

19   Q.   Did you ever have a conversation with Dahai about where

11:54  20   that money came from?

21   A.   I have one conversation with him of Dahai, and then he

22   mentioned something that -- about the money that he got had

23   something to do with Mexico.

24   Q.   All right.  What else did he say?

11:54  25   A.   He mentioned that something related to cocaine and powder.

         1    Q.   All right.

         2         MR. POHL:  Ms. McIntyre, can I have -- Mr. Lara, I

         3    think for the witness, Exhibit I, which is on the contested

         4    list.  Thank you.

11:55    5    BY MR. POHL:

         6    Q.   Mr. Zhang, do you see the photograph in front of you?

         7    A.   Yes, I see that.

         8    Q.   Do you recognize that?

         9    A.   Yes, I do recognize it.

11:55   10    Q.   How do you recognize it?

        11         INTERPRETER LIU:  The witness is actually pointing in

        12    the middle of the photograph with the Chinese -- four Chinese

        13    letters, words on the yellow awning saying that Zhang Money

        14    Exchange.

11:56   15    Q.   And how do you recognize that?

        16    A.   I recognize the address.

        17    Q.   As what?

        18    A.   5023 8th Avenue.

        19    Q.   Thank you for that.  But what is that an image of?

11:56   20    A.   It has a wireless company and also this money transfer

        21    place.

        22    Q.   Whose money transfer place was that?

        23    A.   Mine.  It's mine.

        24    Q.   And this is located in Brooklyn?

11:57   25    A.   Yes.

```
 1              MR. POHL:  All right.  We'd offer this.

 2              MR. QUEENAN:  No objection, Your Honor.

 3              THE COURT:  Received in evidence.

 4              THE CLERK:  I will be marked at 69.

 5              (Government Exhibit 69 received in evidence.)

 6    BY MR. POHL:

 7    Q.   Now, if you remember, Mr. Zhang, about when did you open

 8    this money transfer business?

 9    A.   I don't remember exactly, but it would be sometime between

10    the end of 2020 or the end of 2021, around that time.

11    Q.   Thank you.  All right.  Was there a time, Mr. Zhang, when

12    you came to Boston for a dinner?

13              INTERPRETER LIU:  For a dinner?

14              MR. POHL:  For a dinner.

15    A.   Which year?  When?

16    Q.   2020?

17    A.   Correct.

18    Q.   Okay.  And where did you go for dinner?

19    A.   I came to Feng Chen's home.

20    Q.   And who was at the dinner?

21              INTERPRETER LIU:  Who was at the dinner?

22              MR. POHL:  Who was at that dinner?

23    A.   My family, his family, and my friend from New Orleans were

24    all there.

25    Q.   Where did you eat?
```

11:57 (line 5)
11:57 (line 10)
11:58 (line 15)
11:58 (line 20)
11:58 (line 25)

```
 1   A.   In the restaurant -- in the living room.

 2        INTERPRETER LIU:  Correction.

 3   A.   It's in the living room of Feng Chen.

 4        INTERPRETER LIU:  Not in the restaurant.  Correction.

 5   Q.   At the conclusion of the dinner -- at the conclusion of

 6   the dinner what did you do?

 7   A.   I remember that after dinner Feng Chen and me and my

 8   friend from New Orleans, the three of us went to another room

 9   to rest and then we talk.

10   Q.   And during -- what did you, Feng Chen and your friend from

11   New Orleans, talk about?

12   A.   Well, I don't precisely remember all the content, but my

13   friend from New Orleans asked me what have you been doing

14   lately.

15   Q.   And what did you tell him?

16   A.   I told him that I was doing some kind of a U.S. dollar

17   conversion into Renminbi, the Chinese currency.

18   Q.   And where was Feng Chen when you said that?

19   A.   We were sitting in the same room.

20        MR. POHL:  Can we put back up 69.

21   BY MR. POHL:

22   Q.   All right.  When you talk about doing money conversion,

23   was the dinner that you had with Feng Chen and your friend from

24   New Orleans before you opened this store or after you opened

25   this store?
```

Timestamps (left margin): 11:59 (line 5), 12:00 (line 10), 12:00 (line 15), 12:01 (line 20), 12:01 (line 25)

1  A.    I cannot be certain whether it was prior or after that.

2          MR. POHL:  Can we put up Exhibit 1 for the witness.

3  BY MR. POHL:

4  Q.    Who is that?

12:02  5  A.    Licheng Huang.

6  Q.    How do you know Licheng Huang?

7  A.    Well, we were -- we grew up in the same town in China.

8  Q.    Did you know him when you lived in China?

9  A.    Correct, yes.

12:02 10  Q.    How did you know him?

11  A.    Yeah, he's a little bit older than me.  He's one of the,

12  you know, street gang member.

13  Q.    He's a what?

14  A.    A street gang member.

12:03 15  Q.    When did you see him again when you came to the United

16  States?

17  A.    In New York.

18  Q.    And when -- how did you see him in New York?

19  A.    Yeah, I seem to have met him in New York and also I refer

12:03 20  to working a job in arcade.

21  Q.    Where eventually did Licheng Huang move?

22  A.    Well, then he left out of New York and then eventually he

23  came to Boston.

24  Q.    In the summer of 2021, did Licheng Huang reach out to talk

12:04 25  to you?

1    A.    Yes.

2    Q.    And what did -- what did you and Licheng Huang talk about?

3    A.    He asked me were there any cryptocurrency.

4    Q.    What did you tell him?

12:04 5    A.    Yeah, I may.

6    Q.    Okay. And after you had that conversation with Licheng

7 Huang, did you have another conversation with Licheng Huang

8 where he was in Newport, Rhode Island?

9    A.    Yeah, I don't recall all the circumstances of the other

12:05 10 meeting, but I remember that I receive $100 remittance from

11 him.

12    Q.    And when you say remittance, in what form was the

13 remittance in?

14    A.    It's used kind of cryptocurrency called Tether.

12:05 15    Q.    After you received the Tether from Licheng Huang, what did

16 you begin to do with Licheng Huang?

17    A.    And then afterward, you know, I do the conversion of

18 $30,000 of Tether, which is a cryptocurrency, with him.

19    Q.    All right. And do you remember when that was, the first

12:06 20 time you did that with Licheng Huang?

21    A.    2020, summer -- 2021, summer.

22    Q.    All right. So what do you remember about that crypto

23 conversion on that first time?

24    A.    Well, I remember that, you know, during the transaction

12:07 25 Licheng Huang telephone me, call me, ask me whether I have

1    received something.

2    Q.    So let me just ask a couple of questions about that.    You

3    said it was for $30,000, right?

4    A.    Correct.

12:07 5    Q.    Whose $30,000 was it?

6    A.    Well, it was my money, but actually, the money came from

7    one of the friend of Dahai.

8    Q.    And the friend of Dahai needed what?

9    A.    It appears to be a Renminbi, the Chinese currency.

12:08 10    Q.    Okay.  Did you ask anybody else for help with this money

11    conversion?

12    A.    You mean asking people help me to do the conversion, or

13    asking people to help me receive the money?  What was your

14    question?

12:08 15    Q.    Thank you.  My question was, where did the money -- who

16    picked -- who got -- the money came to -- the money was

17    converted, correct?

18    A.    Correct.

19    Q.    And Licheng Huang talked to you?

12:09 20    A.    You mean doing the $30,000 deal?

21    Q.    Yes.

22    A.    Yeah, he talked to me.

23    Q.    And the money was for Dahai's friend?

24    A.    No.  So in the prior process I asked for conversion in

12:09 25    Renminbi.  I already converted those money into Renminbi for

1    Dahai's friend.  So those $30,000 now belong to me at that

2    moment.

3    Q.   Okay.  How did the money get to Licheng Huang?

4    A.   Feng Chen, you know, pass over on my behalf.

12:10  5    Q.   Okay.  And do you know how the money got to Feng Chen?

6    A.   I think it should be Dahai's friend pass over the money to

7    him, to his hands.

8    Q.   Okay.  And who asked Feng Chen to help with this money

9    conversion?

12:10 10    A.   Myself.

11    Q.   Why did you ask Feng Chen to help with this money

12    conversion?

13         MR. QUEENAN:  Objection, Your Honor, on money

14    conversion, which is a conclusion.  We can approach sidebar.

12:11 15         THE COURT:  Yeah, we go to sidebar.

16         (At sidebar.)

17         MR. QUEENAN:  So he's concluding that he's helping

18    with the money conversion and the testimony of Chen was

19    converted money.

12:11 20         THE COURT:  But he said question mark.  I believe it's

21    why did you go to Feng Chen for money conversion; am I right

22    about that?

23         MR. QUEENAN:  Why did you go to Feng Chen for money

24    conversion?

12:11 25         MR. POHL:  I believe the question was why did you ask

1  Feng Chen for help with the money conversion, and I think -- I

2  expect the answer is going to be because I didn't trust Licheng

3  Huang, and that's certainly been well-covered territory.

4       THE COURT:  So whether he did or he didn't is a

12:12  5  separate question from why he did what he did when he went to

6  Feng Chen.

7       MR. QUEENAN:  There's a difference between delivery

8  and conversion of money.  He already said he wasn't involved in

9  the conversion.

12:12 10       MR. POHL:  I'm just going to go back over with why did

11  you ask him to help that day and see what we get.

12       THE COURT:  Yes.

13       (End of sidebar.)

14  BY MR. POHL:

12:12 15  Q.   Thank you.  So Mr. Zhang, on this day with the $30,000

16  cash, why did you ask Feng Chen to help you?

17  A.   Well, because, you know, Dahai's friend was in the Boston

18  area, and I myself was in New York, so I need somebody to hold

19  the money.

12:13 20  Q.   Okay.  Why not ask Licheng Huang to hold the money?

21  A.   At that time I did not have any contact with him yet.

22  Well, just after I handled Dahai's money, then it happened a

23  that moment he initiated to contact me, maybe just one or two

24  weeks subsequent to that.

12:13 25  Q.   Well, let me ask you this:  You and Licheng Huang, were

1  you friends?

2  A.   Yeah, we know each other.  Not very good friends.

3  Q.   All right.  Did you trust Licheng Huang?

4  A.   No.

12:14  5  Q.   Why did you not -- why didn't you trust Licheng Huang?

6  A.   Well, he's a compulsive gambler.

7  Q.   Okay.  All right.

8       MR. POHL:  Your Honor, we're not going to go through

9  all of this, but could I ask you for permission to have the

12:14  10  jurors pull back out their transcript binders quickly.

11       THE COURT:  Okay.  Do you have your binders handy?

12  Open them up.  What are we looking for?

13       MR. POHL:  Thank you.  Your Honor, we're going to go

14  to Exhibit 40, which is the August 6th, 2021 transcript, and

12:15  15  just flip all the way to page 20, 21.

16  Q.   So Mr. Zhang, what do you remember about this first money

17  conversion?  How did it work?

18  A.   Well, I asked him to do me a favor, to pass over the money

19  to Licheng Huang, but I told him that you cannot give him the

12:15  20  money until I say so.

21  Q.   Okay.  And when you learned that the money had arrived,

22  who did you speak with?

23  A.   Well, at that time, you know, Licheng Huang initiated to

24  call me.

12:16  25  Q.   Okay.  And what did Licheng Huang tell you?

|  | | |
|---|---|---|
| | 1 | A. He asked me whether I received the Tether currency. |
| | 2 | Q. Okay. And did you receive the Tether currency? |
| | 3 | A. Yes. |
| | 4 | Q. And who did you receive the Tether currency from? |
| 12:16 | 5 | A. It should be coming from J. |

1    A.   He asked me whether I received the Tether currency.

2    Q.   Okay.  And did you receive the Tether currency?

3    A.   Yes.

4    Q.   And who did you receive the Tether currency from?

12:16  5    A.   It should be coming from J.

6    Q.   Okay.  And when you received the cryptocurrency, what did

7    you do?

8    A.   And I told Licheng Huang that I need to say a few words to

9    Feng Chen.

12:17 10    Q.   Okay.  And did you speak to Feng Chen?

11    A.   Yes.

12    Q.   And did you speak to Feng Chen on Licheng Huang's phone?

13    A.   Correct.

14    Q.   And at the bottom of page 20, Zhang, "Hello."

12:17 15    Chen, "How about it?"

16    Zhang, "You do it with him.  I have received the

17    money."

18    Chen, "Okay.  That's it."

19    Zhang, "Give it to him.  Thank you."

12:18 20    A.   Correct.

21    Q.   All right.  That's the first time that you did this with

22    Licheng Huang and Feng Chen?

23    A.   Correct.

24    Q.   A short time later, did you do it a second time?

12:18 25    A.   Correct.

1    Q.   What do you remember about that second transaction?

2    A.   Well, I don't remember it entirely, but I still remember

3    it's the same amount, $30,000.

4    Q.   Okay.  And what do you remember about it?

12:18  5    A.   It was happening in Quincy, and then I received the money.

6    It was also the same way of making phone call, and also, I

7    instructed over the phone to Feng Chen to release the money.

8    Q.   Okay.  So again, whose money were you converting?

9    A.   Well, I mean, at that time I would count it as my own

12:19 10    money.  Well, I mean, the original source was also from a

11    friend of Dahai.

12    Q.   Okay.  And you had converted that money into RMB?

13    A.   Yes.  Prior to that already, yes.

14    Q.   And now you were converting it into cryptocurrency?

12:20 15    A.   Correct, correct.

16    Q.   Okay.  And what do you remember about that meeting with --

17    what do you remember about that second meeting with Licheng

18    Huang and Feng Chen?

19    A.   It was almost very similar with the first occasion.  And

12:20 20    also, you know, we talk over the phone.

21    Q.   I'm sorry.  I just couldn't hear you.

22    A.   We also talk over the phone.

23    Q.   And who talked over the phone?

24    A.   Myself, well, I talked to Feng Chen.

12:21 25    Q.   Okay.  And when you talked to Feng Chen -- well, let me

1  ask you this:  When in that second deal did you talk to Feng

2  Chen?

3  A.   Licheng Huang?

4  Q.   Let me ask a better question.  After you talked to Licheng

12:21 5  Huang, did you receive any cryptocurrency?

6  A.   Yes.

7  Q.   And who did you receive that from?

8  A.   It should be coming from J.

9  Q.   Okay.  And after you received the cryptocurrency, did you

12:21 10  speak to Feng Chen?

11  A.   Yes.

12  Q.   And what did you say to Feng Chen?

13  A.   It's okay now.  You can pass the money over to Licheng

14  Huang.

12:22 15  Q.   Do you remember anything about that meeting whether there

16  was more than the $30,000 in cash?

17  A.   I also remember there were, you know, conversion, a

18  transaction of $50,000.  I remember doing the transaction.  We

19  also bring up the subject of $50,000.

12:22 20  Q.   Okay.  Another $50,000?

21  A.   Correct.

22  Q.   Okay.  And do you remember -- after this meeting, the

23  second meeting with Licheng Huang and Feng Chen, do you

24  remember whether you received a call from anyone in Boston?

12:23 25  A.   Brian.

         1   Q.   Brian.  And what did you and Brian talk about?

         2   A.   Well, Brian said he would, you know, bring his boss to New

         3   York City.

         4   Q.   And what was to happen in New York City?

12:23    5   A.   Well, we were meeting in a hotel near the Brooklyn Bridge,

         6   and then we were meeting to talk about something.

         7   Q.   Okay.  And let me ask, who -- did you invite Brian to New

         8   York?

         9   A.   Yeah.  I think it appeared they also want to come, and

12:24   10   they made phone calls, too.

        11   Q.   Okay.  So you, in your discussions with Brian, you set a

        12   meeting for New York?

        13   A.   Correct.

        14   Q.   And that was at a hotel by the Brooklyn Bridge?

12:24   15   A.   Correct.

        16        MR. POHL:  Could I have Exhibit 5, please.

        17   BY MR. POHL:

        18   Q.   Is that it?  What is that?

        19   A.   It appears to be the hotel.

12:25   20   Q.   Who was at the meeting?

        21   A.   Myself and Sun.

        22        MR. POHL:  Could I have Exhibit 8.

        23   BY MR. POHL:

        24   Q.   Who is that?

12:25   25   A.   Sun, Qing Hua Sun.

1    Q.    How do you know Qing Hua Sun?

2    A.    He also, you know, you know, my friends come by my old

3    town in China, and we met in New York as well.

4    Q.    Okay.  And why did you bring Sun to this dinner in New

12:26  5    York?

6    A.    Well, Sun at that time was, you know, doing business with

7    me together, and there was some issue of handling money, so I

8    brought him along to the place.

9    Q.    When you say some issue with handling money, what kind of

12:26 10    issue?

11    A.    There's kind of a money called the T-5 money.

12    Q.    Okay.  What is T-5 money?

13    A.    It's a kind of, you know, romance talk, and then through

14    the romance talk they induce the participant to invest money.

12:27 15    Q.    And when you get the participant to invest money, what do

16    you do with the money?

17    A.    Well, then all this money will be deposited into my, you

18    know, banking account.

19    Q.    You stole it?

12:28 20    A.    Yeah, correct.

21    Q.    All right.  Have you heard the expression "cutting chives"

22    or "cut the chives"?

23    A.    Could you repeat.

24    Q.    Have you heard the expression "cutting chives" or "cut the

12:28 25    chives"?

```
 1   A.   (No response.)

 2   Q.   I couldn't hear what the answer was?

 3        INTERPRETER CHAN:  The answer is no.

 4   Q.   What about pig butchering?

 5   A.   Yes, that one I heard.

 6   Q.   What is that?

 7   A.   It's like a romancing scam.

 8   Q.   All right.  You brought Sun to the meeting.  Who else came

 9   to the meeting?

10   A.   J, Brian, and Jeff.

11   Q.   And what did you, Sun, J, Brian, and Jeff talk about at

12   the meeting?

13   A.   Well, I was asking whether they can handle this kind of

14   money from these scams.

15   Q.   Okay.  And what did they say?

16   A.   They say they may.

17   Q.   Did you also talk about other kinds of money that you

18   handled besides the scams?

19   A.   Cash, so convert cash into cryptocurrency.

20   Q.   Where did that cash come from?

21   A.   Some of them are remitted from my clients who handle

22   marijuana, and also some kind of, you know, money, you know,

23   characterized by Dahai as the money from Mexico.

24        MR. POHL:  Can I have, Ms. McIntyre, 49 in evidence,

25   please.
```

BY MR. POHL:

Q.   All right.  After the meeting in Brooklyn, did you

continue to convert cash for cryptocurrency in and around

Boston?

12:32  A.   Well, you know, sometime after that I also asked this guy

in the photograph to help me.

Q.   Okay.  So do you know who this person is?

A.   Roger.

Q.   And how did -- how did you ask -- what did you ask Roger

12:32  to do?

A.   He used to help me to convert money into Renminbi.

Q.   And did you ask him to do that for you after the meeting

that you had in New York?

A.   Correct.

12:33  Q.   Okay.  And after you asked him to do that, what happened?

A.   Well, then he embezzled $160,000 from me.

Q.   When you say he embezzled, what do you mean by that?

A.   He took my money and stole my money and run away.

Q.   Do you remember a time after Roger took your money and ran

12:34  away that you came to the Encore Casino in Everett?

A.   Yes.

     MR. POHL:  Can we have Exhibit 19.  Thank you.

BY MR. POHL:

Q.   All right.  Why did you -- do you remember when this was?

12:34  A.   Whenever I came from New York to visit Boston, I will stay

1  in Encore.  I don't remember precisely what time on this

2  occasion.

3  Q.  Okay.  Do you remember meeting Feng Chen at the Encore

4  hotel?

12:35  5  A.  Remember.

6  Q.  And do you remember -- what do you remember about meeting

7  Feng Chen at the hotel?

8  A.  Are you talking about things happening after the Roger

9  incident?

12:35  10  Q.  Yes, after the Roger incident.

11  A.  Yeah, I remember I went there.

12  Q.  And what did you ask Feng Chen to do?

13  A.  Yeah, I have, you know, a customer who need to convert

14  money.

12:36  15  Q.  Okay.  And do you remember who the customer was?

16  A.  Ah Chu.

17  Q.  Who is Ah Chu?

18  A.  I mean, Ah Chu has a lot of cash on hand, and he often

19  needs to convert that cash into Renminbi or converting those

12:36  20  cash into cashiers checks.  I have to correct myself.  Cashiers

21  checks was another client, so another category of business.

22  Q.  Okay.  But he had a lot of cash?

23  A.  Correct.

24  Q.  And what did you know, if anything, about the cash that

12:37  25  you had to convert?

1   A.   I know he had plenty of cash, and my gut feeling is that

2   those cash was relating to drugs.

3   Q.   So was there a time that you had to convert -- you asked

4   Feng Chen for help in converting Ah Chu's money?

12:38 5   A.   On the occasion of Encore, my original plan was to hand

6   the money to J directly, but J at that time told me that he

7   couldn't do it right away due to his schedule.  Well, then, I

8   asked Feng Chen whether he can, you know, take the money for

9   me, to hold the money for me for one or two days.  And then I,

12:38 10   you know, come to Boston.

11   Q.   And --

12          THE COURT:  Counsel, I just want to say, find a good

13   breaking point in the next five minutes.  It doesn't have to be

14   at this moment.

12:39 15          MR. POHL:  Thank you very much, and I definitely

16   noticed the time.  Thank you.

17   BY MR. POHL:

18   Q.   So I just want to make sure I understand.  You had a

19   client that had cash that needed to be converted, yes?

12:39 20   A.   Correct.

21   Q.   Okay.  And you had wanted to do that conversion with J

22   right away?

23          MR. QUEENAN:  Objection, leading the witness.

24          THE COURT:  Sustained.

12:39 25   BY MR. POHL:

1   Q.   After your conversation with J, what did you ask Feng Chen

2   to do?

3   A.   I told him that, you know, whether he could hold the money

4   for one or two days and then I'll come to Boston.

12:40  5   Q.   Okay.  And how much money are we talking about?

6   A.   $100,000.

7   Q.   Okay.  And when you asked Feng Chen to hold the $100,000

8   for a day or two, what did he say?

9   A.   He's saying okay.

12:40 10   Q.   You said to hold it for a day or two.  Did you come to the

11   Encore Casino a day or two later?

12   A.   Yes.

13   Q.   What happened when you got to the Encore Casino?

14   A.   Together, myself with Linda, and then Feng Chen helped me,

12:41 15   he deliver the money to me.

16   Q.   Okay.  I think -- one last thing I think to show you for

17   today before we break, Mr. Zhang.  You met -- you've met Feng

18   Chen in a hotel room, correct?

19   A.   Correct.

12:41 20   Q.   And that was your room?

21   A.   Correct.

22   Q.   In evidence is -- well, can I have Exhibit XXX for the

23   witness.  Can you flip through them, Ms. McIntyre.  I think

24   there's just two or three images.  Okay.

12:42 25   BY MR. POHL:

```
 1   Q.   Do you see those, Mr. Zhang?

 2   A.   Yes.

 3   Q.   What are those images from?

 4   A.   Inside a room.

 5   Q.   Your room?

 6   A.   Correct.

 7   Q.   Who's with you in your room?

 8   A.   Linda, Feng Chen, and another friend.

 9   Q.   You had a friend with you?

10   A.   Yes.

11   Q.   Correct?

12   A.   Correct.

13   Q.   That's one person.  And you said Linda, who is Linda?

14   A.   Linda says she works for J.

15   Q.   Okay.  And the other person was Feng Chen?

16   A.   Correct.

17   Q.   And these still images are from that meeting?

18   A.   Correct.

19        MR. POHL:  I'd offer these.

20        MR. QUEENAN:  No objection, Your Honor.

21        THE COURT:  Received in evidence.

22        THE CLERK:  XXX will be marked as 70.

23        (Government Exhibit 70 received in evidence.)

24        MR. POHL:  Thank you.  And could these be published

25   for the jury.
```

12:42 on line 5
12:43 on line 10
12:43 on line 15
12:43 on line 20
12:43 on line 25

BY MR. POHL:

Q.   Who's that?

A.   Feng Chen.

Q.   Who's that?

12:43  A.   Feng Chen.

Q.   Who's that?

A.   Myself.

Q.   Who's that?

A.   Myself.

12:44  Q.   Okay.  Where is the money?

A.   Well, it should be laying down on the floor.

MR. POHL:  I think this is a good time for a break.

THE COURT:  All right.  Great.  Thank you.

THE CLERK:  Jurors, please bring your notebooks and

12:44  binders.

All rise for the jury.

THE COURT:  Ladies and gentlemen, we'll see you

tomorrow.  You know the routine.  Don't have any discussions

about it, and tomorrow will be a half day.  Thank you.

12:45  (The Jury is not present.)

THE COURT:  Okay.  I am stepping off.  I'm assuming

there's nothing that needs my attention at the moment.

Communicate with Mr. Lara so that I know what time you need me

out here tomorrow morning.

12:45  MS. CLEARY:  Thank you.

1    MR. QUEENAN:  Your Honor, just a reminder, the Court

2    was possibly going to get us jury instructions tonight but

3    maybe tomorrow as well, right?

4    THE COURT:  Right.

12:45    5    MR. QUEENAN:  Okay.  Thank you.

6    (Adjourned at 12:46 p.m.)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1               CERTIFICATE OF OFFICIAL REPORTER

2

3               I, Linda Walsh, Registered Professional Reporter

4    and Certified Realtime Reporter, in and for the United States

5    District Court for the District of Massachusetts, do hereby

6    certify that the foregoing transcript is a true and correct

7    transcript of the stenographically reported proceedings held in

8    the above-entitled matter, to the best of my skill and ability.

9               Dated this 10th day of August, 2025.

10

11

12               /s/ Linda Walsh_____

13               Linda Walsh, RPR, CRR

14               Official Court Reporter

15

16

17

18

19

20

21

22

23

24

25