# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 22-CR-10279-AK-3 |
| ) | |
| FENG CHEN, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT OF ACQUITTAL

**ANGEL KELLEY, D.J.**

The defendant, Feng Chen, has been found not guilty. It is ORDERED, that the defendant, Feng Chen, is acquitted, discharged, and any bond exonerated.

**SO ORDERED.**

Dated: September 5, 2025

/s/ Angel Kelley
Hon. Angel Kelley
United States District Judge

1